Yoram RAZ, Appellant,

v.

Robert M. MUELLER, Director, United States Department of Justice; United States of America, Appellees.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

---

Yoram Raz, Appellant,

v.

United States of America, Appellee.

No. 05–3752.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 7, 2007.

Filed: Feb. 9, 2007.

Yoram Raz, Gentry, AR, pro se.

Michael M. Duclos, Attorney General's Office, Little Rock, AR, Deborah J. Groom, Charles E. Smith, Asst. U.S. Attorneys, U.S. Attorney's Office, Fort Smith, AR, for Appellees.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Yoram Raz challenges the adverse judgment entered by the district court[1] after a bench trial on Raz's claims based on the FBI's alleged campaign of surveillance and harassment of him. For reversal, Raz argues the district court abused its discretion in limiting essential discovery, in limiting evidence, and in refusing to sanction the opposing parties. Following careful review, we find no abuse of the district court's discretion with regard to these matters, and we affirm for the reasons

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

cited in the district court's thorough memorandum opinion. *See* 8th Cir. R. 47B.